1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   LUIS GARCIA,                    ) Case No. CV 11-1393 AG (JCG)
                                     )
12                     Petitioner,   )
                                     )
13            v.                     ) **JUDGMENT**
                                     )
14   ANTHONY HEDGPETH,               )
     Warden,                         )
15                                   )
                                     )
16                     Respondent.   )
     _____ )
17

18

19        IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**

20   **PREJUDICE**.

21

22

23   DATED: June 21, 2011.

24                                      _____

25                                      HON. ANDREW J. GUILFORD
                                        UNITED STATES DISTRICT JUDGE
26

27

28